1
2
3
4

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7  UNITED STATES OF AMERICA,

8       Plaintiff(s),

9  v.

10  MICHEL MORENO, et al.,

11       Defendant(s).

Case No. 2:24-cv-00538-APG-NJK

**Order**

12      Each non-governmental party is required to file a certificate of interested parties
13 concurrently with its first appearance in a case.  Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c).
14 The Clerk's Office issued a notice requiring Defendant Michel Moreno to file a certificate of
15 interested parties by May 20, 2024.  Docket No. 7.  Moreno has not done so.  Accordingly, the
16 Court ORDERS Moreno to file a certificate of interested parties by June 5, 2024.

17      IT IS SO ORDERED.

18      Dated: May 23, 2024

19
20                                Nancy J. Koppe
                               United States Magistrate Judge

21
22
23
24
25
26
27
28

1