# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff(s),<br>v.<br>MICHAEL MORENO, et al.,<br>　　Defendant(s). | Case No. 2:24-cv-00538-APG-NJK<br>**ORDER** |

In light of the Government's response and subsequent default judgment efforts, the earlier order to show cause (Docket No. 12) is DISCHARGED.[1]

IT IS SO ORDERED.

Dated: December 4, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court expresses no opinion herein as to the merits of the motion for default judgment.

1