DAVID A. HUBBERT
Deputy Assistant Attorney General

CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Phone: 202-616-2378
Fax:    202-307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States of America*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

MICHEL MORENO and
AWESOME TAX LLC,

      Defendants.

Case No. 2:24-cv-00538-APG-NJK

**ORDER**

Before the Court is Plaintiff United States of America's motion for default judgment and permanent injunction against Defendant Awesome Tax LLC pursuant to Federal Rule of Civil Procedure 55(b)(2). Defendant Awesome Tax LLC has not pled or otherwise defended against Plaintiff United States of America's Complaint within 21 days of service, as required by Rule 12(a)(1)(A)(i). The Clerk of Court noted Defendant Awesome Tax LLC's default on November 15, 2024. ECF No. 15.

Having reviewed Plaintiff United States of America's motion for default judgment and permanent injunction and its accompanying memorandum, the Court finds that the *Eitel* factors weigh in favor of granting default judgment here and ordering the requested relief. The Court therefore **ORDERS**, **JUDGES**, and **DECREES** that:

A.    Defendant Awesome Tax LLC, and anyone acting in concert or participation with it, shall be permanently enjoined from, directly or indirectly:

1.    Acting as a federal tax return preparer, or preparing, directing the preparation of, or assisting in the preparation of federal tax returns, amended tax returns, or other related documents and forms for any other person or entity;

2.    Aiding or assisting in preparing federal tax returns, amended tax returns, or other related documents and forms that Defendant Awesome Tax LLC knows or reasonably should know will result in the understatement of any tax liability or the overstatement of a federal tax refund;

3.    Owning, managing, controlling, working with, profiting from, or volunteering for any business or entity engaged in tax return preparation;

4.    Using an Electronic Filing Identification Number (EFIN), Employer Identification Number (EIN), Preparer Tax Identification Number (PTIN), Social Security Number (SSN), Taxpayer Identification Number (TIN), or any other federally issued identification number that belongs to another person in order to file or remit federal tax returns for other persons or entities;

5.    Using, maintaining, renewing, obtaining, transferring, selling, or assigning any PTIN(s) or EFIN(s);

6.    Engaging in any activity subject to penalty under 26 U.S.C. §§ 6694, 6695, 6701, or any other penalty provision in the Internal Revenue Code; and

7.    Engaging in conduct that substantially interferes with the proper administration and enforcement of the Internal Revenue laws and from promoting any false tax scheme.

IT IS SO ORDERED:

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED:  December 9, 2024